```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                Case No. 19-01861-HWV
Ronald Kevin Greene                                                   Chapter 13
Pamela Augusta Greene
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: DGeorge              Page 1 of 2              Date Rcvd: Jun 18, 2019
                               Form ID: ntcnfhrg          Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db/jdb         +Ronald Kevin Greene,    Pamela Augusta Greene,    1136 Blue Bird Lane,    York, PA 17402-9232
5192774         American Coradius International,    2420 Sweet Home Road, Suite 150,    Buffalo, NY 14228-2244
5192784        ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Continental Finance Company, LLC,    PO Box 8099,
                 Newark, DE 19714-8099)
5208158         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5192780        +Chambers Hill Commons Condo Assoc.,    360 Loucks Road,    York, PA 17404-1723
5192781        +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
5192782        +Citibank,    Box 6500,    Sioux Falls, SD 57117-6500
5192785        +Continental Financial,    121 Continental Drive, Suite 1,    Newark, DE 19713-4325
5192786         Credit First NA,    6275 Eastland Road,    Brookpark, OH 44142-1399
5211967         ECMC,    PO BOX 16408,    ST PAUL, MN 55116-0408
5192789         Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
5192790        +First Bankcard,    P.O. Box 2557,    Omaha, NE 68103-2557
5192791         First National Bank of Omaha,    PO Box 2490,    Omaha, NE 68103-2490
5192792        +First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
5192794        +J.A. Cambece Law Office, PC,    200 Cummings Center,    Suite 173D,    Beverly, MA 01915-6190
5192795        ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
                 (address filed with court: J.C. Christensen & Associates, Inc,    P.O. Box 519,
                 Sauk Rapids, MN 56379)
5192804        +MRS BPO LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
5192799        +Medical Data Systems,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
5192800        +Medical Revenue Service,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
5192801         Memorial Hospital,    PO Box 505167,    Saint Louis, MO 63150-5167
5192803         Midland Mortgage,    Attn: Bankruptcy Department,    PO Box 268959,
                 Oklahoma City, OK 73126-8959
5192806        +NCB Management Services, Inc,    PO Box 1099,    Langhorne, PA 19047-6099
5192807        +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
5192810         Penn Credit Corporation,    2800 Commerce Drive,    PO Box 69703,    Harrisburg, PA 17106-9703
5192812        +Professional Account Services,    P.O. Box 188,    Brentwood, TN 37024-0188
5192813        +Santander Bank, NA,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
5192819        +Toyota Motor Credit Company,    PO Box 9013,    Addison, TX 75001-9013
5211820         Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5203975        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5192822         WellSpan Health,    PO Box 742641,    Cincinnati, OH 45274-2641
5192821        +Wells Fargo Card Services,    PO Box 14517,    Des Moines, IA 50306-3517
5192823         Wellspan Medical Group,    1803 Mt. Rose Ave.,    Suite B-3,    York, PA 17403-3051
5192824        +York Hospital,    1001 S. George Street,    York, PA 17403-3645
5192825        +York Memorial Hospital,    325 South Belmont Street,    York, PA 17403-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 19:56:06
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5192776         E-mail/Text: g20956@att.com Jun 18 2019 19:45:28     AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
5192775        +E-mail/Text: bankruptcy@acacceptance.com Jun 18 2019 19:45:14     American Credit Acceptance,
                 PO Box 204531,    Dallas, TX 75320-4531
5192777        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2019 19:55:34     CACH, LLC,
                 4340 South Monaco Street,    Denver, CO 80237-3485
5192778         E-mail/Text: bncnotices@becket-lee.com Jun 18 2019 19:44:46     Capital One Bank / Kohl's,
                 N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
5192779         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2019 19:56:04
                 Capital One Bank USA, NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
5192783        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2019 19:45:02     Comenity Bank,
                 P.O. Box 659465,    San Antonio, TX 78265-9465
5192788        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 18 2019 19:56:06     Credit One Bank, NA,
                 PO Box 98875,    Las Vegas, NV 89193-8875
5192793        +E-mail/Text: bnc-bluestem@quantum3group.com Jun 18 2019 19:45:28     Gettington,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
5192796         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 18 2019 19:45:22     Jefferson Capital Systems, LLC,
                 16 Mcleland Road,    PO Box 7999,    Saint Cloud, MN 56302-9617
5192797        +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2019 19:43:33     Massey's,    PO Box 800849,
                 Dallas, TX 75380-0849
5192798        +E-mail/Text: bknotices@mbandw.com Jun 18 2019 19:45:24     McCarthy, Burgess & Wolff,
                 26000 Cannon Road,    Bedford, OH 44146-1807
5192802        +E-mail/Text: bkr@cardworks.com Jun 18 2019 19:43:32     Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
5192805        +E-mail/PDF: pa_dc_claims@navient.com Jun 18 2019 19:56:43     Navient Solutions, Inc.,
                 Attn: Claims Department,    PO Box 9500,    Wilkes Barre, PA 18773-9500
5192811         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 20:07:24
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5192808        +E-mail/Text: ebn@vativrecovery.com Jun 18 2019 19:44:53      Palisades Collection, LLC,
                 210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2510
5195006         E-mail/Text: bnc-quantum@quantum3group.com Jun 18 2019 19:45:04
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
5192814        +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2019 19:45:36
                 Seventh Avenue / Montgomery Ward,    1112 7th Avenue,   PO Box 2845,    Monroe, WI 53566-8045
5192815        +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2019 19:43:33      Stoneberry,   PO Box 800849,
                 Dallas, TX 75380-0849
5203820        +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2019 19:43:33      Stoneberry,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5192816        +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:56:01      Syncb/walmart DC,
                 P.O. Box 965024,    Orlando, FL 32896-5024
5193480        +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:55:30      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5192817         E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:56:38      Synchrony Bank / Care Credit,
                 Attn: Bankruptcy Department,    PO Box 965060,   Orlando, FL 32896-5060
5192818         E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:56:03      Synchrony Bank / JCPenney,
                 Attn: Bankruptcy Department,    PO Box965064,   Orlando, FL 32896-5064
5192820        +E-mail/Text: bnc-bluestem@quantum3group.com Jun 18 2019 19:45:28      Webbank / Gettington,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5192787*         Credit First, NA,   6275 Eastland Road,   Brookpark, OH 44142-1399
5192809        ##+Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
                                                                                             TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Ronald Kevin Greene pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Pamela Augusta Greene pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Ronald Kevin Greene,<br>**Debtor 1**<br>Pamela Augusta Greene,<br>**Debtor 2** | Chapter 13<br>Case No. 1:19–bk–01861–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 17, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: July 24, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 18, 2019 |

ntcnfhrg (03/18)