```
                                    United States Bankruptcy Court
                                    Middle District of Pennsylvania
In re:                                                                         Case No. 19-01861-HWV
Ronald Kevin Greene
Pamela Augusta Greene                                                          Chapter 13
         Debtors
                                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: DGeorge                Page 1 of 2                   Date Rcvd: Jun 18, 2019
                               Form ID: pdf002              Total Noticed: 59
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.

```
db/jdb         +Ronald Kevin Greene,    Pamela Augusta Greene,    1136 Blue Bird Lane,    York, PA 17402-9232
5192774         American Coradius International,    2420 Sweet Home Road, Suite 150,    Buffalo, NY 14228-2244
5192784        ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Continental Finance Company, LLC,    PO Box 8099,
                 Newark, DE 19714-8099)
5208158         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5192780        +Chambers Hill Commons Condo Assoc.,    360 Loucks Road,    York, PA 17404-1723
5192781        +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
5192782        +Citibank,    Box 6500,    Sioux Falls, SD 57117-6500
5192785        +Continental Financial,    121 Continental Drive, Suite 1,    Newark, DE 19713-4325
5192786         Credit First NA,    6275 Eastland Road,    Brookpark, OH 44142-1399
5211967         ECMC,   PO BOX 16408,    ST PAUL, MN 55116-0408
5192789         Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
5192790        +First Bankcard,    P.O. Box 2557,    Omaha, NE 68103-2557
5192791         First National Bank of Omaha,    PO Box 2490,    Omaha, NE 68103-2490
5192792        +First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
5192794        +J.A. Cambece Law Office, PC,    200 Cummings Center,    Suite 173D,    Beverly, MA 01915-6190
5192795       ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
                (address filed with court: J.C. Christensen & Associates, Inc,    P.O. Box 519,
                 Sauk Rapids, MN 56379)
5192804        +MRS BPO LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
5192799        +Medical Data Systems,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
5192800        +Medical Revenue Service,    645 Walnut Street, Suite 5,    Gadsden, AL 35901-4173
5192801         Memorial Hospital,    PO Box 505167,    Saint Louis, MO 63150-5167
5192803         Midland Mortgage,    Attn: Bankruptcy Department,    PO Box 268959,
                 Oklahoma City, OK 73126-8959
5192806        +NCB Management Services, Inc,    PO Box 1099,    Langhorne, PA 19047-6099
5192807        +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
5192810         Penn Credit Corporation,    2800 Commerce Drive,    PO Box 69703,    Harrisburg, PA 17106-9703
5192812        +Professional Account Services,    P.O. Box 188,    Brentwood, TN 37024-0188
5192813        +Santander Bank, NA,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
5192819        +Toyota Motor Credit Company,    PO Box 9013,    Addison, TX 75001-9013
5211820         Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5203975        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5192822         WellSpan Health,    PO Box 742641,    Cincinnati, OH 45274-2641
5192821        +Wells Fargo Card Services,    PO Box 14517,    Des Moines, IA 50306-3517
5192823         Wellspan Medical Group,    1803 Mt. Rose Ave.,    Suite B-3,    York, PA 17403-3051
5192824        +York Hospital,    1001 S. George Street,    York, PA 17403-3645
5192825        +York Memorial Hospital,    325 South Belmont Street,    York, PA 17403-2609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 19:56:42
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5192776         E-mail/Text: g20956@att.com Jun 18 2019 19:45:27     AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
5192775        +E-mail/Text: bankruptcy@acacceptance.com Jun 18 2019 19:45:14     American Credit Acceptance,
                 PO Box 204531,    Dallas, TX 75320-4531
5192777        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2019 19:55:34     CACH, LLC,
                 4340 South Monaco Street,    Denver, CO 80237-3485
5192778         E-mail/Text: bncnotices@becket-lee.com Jun 18 2019 19:44:45     Capital One Bank / Kohl's,
                 N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
5192779         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2019 19:56:04
                 Capital One Bank USA, NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
5192783        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2019 19:45:01     Comenity Bank,
                 P.O. Box 659465,    San Antonio, TX 78265-9465
5192788        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 18 2019 19:56:42     Credit One Bank, NA,
                 PO Box 98875,    Las Vegas, NV 89193-8875
5192793        +E-mail/Text: bnc-bluestem@quantum3group.com Jun 18 2019 19:45:28     Gettington,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
5192796         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 18 2019 19:45:21     Jefferson Capital Systems, LLC,
                 16 Mcleland Road,    PO Box 7999,    Saint Cloud, MN 56302-9617
5192797        +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2019 19:43:32     Massey's,    PO Box 800849,
                 Dallas, TX 75380-0849
5192798        +E-mail/Text: bknotices@mbandw.com Jun 18 2019 19:45:24     McCarthy, Burgess & Wolff,
                 26000 Cannon Road,    Bedford, OH 44146-1807
5192802        +E-mail/Text: bkr@cardworks.com Jun 18 2019 19:43:32     Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
5192805        +E-mail/PDF: pa_dc_claims@navient.com Jun 18 2019 19:56:43     Navient Solutions, Inc.,
                 Attn: Claims Department,    PO Box 9500,    Wilkes Barre, PA 18773-9500
5192811         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 20:07:24
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5192808        +E-mail/Text: ebn@vativrecovery.com Jun 18 2019 19:44:53      Palisades Collection, LLC,
                 210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2510
5195006         E-mail/Text: bnc-quantum@quantum3group.com Jun 18 2019 19:45:04
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
5192814        +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2019 19:45:36
                 Seventh Avenue / Mongtomery Ward,    1112 7th Avenue,    PO Box 2845,   Monroe, WI 53566-8045
5192815        +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2019 19:43:32        Stoneberry,   PO Box 800849,
                 Dallas, TX 75380-0849
5203820        +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2019 19:43:32        Stoneberry,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
5192816        +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:56:00       Syncb/walmart DC,
                 P.O. Box 965024,    Orlando, FL 32896-5024
5193480        +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:55:29       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5192817         E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:55:29       Synchrony Bank / Care Credit,
                 Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
5192818         E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 19:56:00       Synchrony Bank / JCPenney,
                 Attn: Bankruptcy Department,    PO Box965064,   Orlando, FL 32896-5064
5192820        +E-mail/Text: bnc-bluestem@quantum3group.com Jun 18 2019 19:45:28      Webbank / Gettington,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5192787*       Credit First, NA,    6275 Eastland Road,    Brookpark, OH 44142-1399
5192809        ##+Penn Credit,    916 S 14th St,   Harrisburg, PA 17104-3425
                                                                                 TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Ronald Kevin Greene pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Pamela Augusta Greene pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5
```

# LOCAL BANKRUPTCY FORM 3015-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>RONALD KEVIN GREENE and<br>PAMELA AUGUSTA GREENE | CHAPTER 13<br><br>CASE NO.<br><br>☒ ORIGINAL PLAN<br>__ AMENDED PLAN (indicate 1st, 2nd 3rd, etc.)<br><br>0 number of Motions to Avoid Liens<br>2 number of Motions to Value Collateral |

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The Plan contains nonstandard provisions, set out in §9, which are not included in the standard Plan as approved by the US Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ☒ Not Included |
|---|---|---|---|
| 2 | The Plan contains a limit on the amount of a secured claim, set out in §2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☒ Included | ☐ Not Included |
| 3 | The Plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in §2.G. | ☐ Included | ☒ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this Plan, you must file a timely written objection. This Plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the Plan.

1. **PLAN FUNDING AND LENGTH OF PLAN**

    A. **Plan Payments from Future Income**

    1. To date, the Debtor paid $0.00 ($0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the Plan the following payments. If applicable, in addition to monthly Plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base Plan is $73,080.00 plus other payments and property stated in §1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 05/2019 | 04/2024 | $1,218.00 | $0.00 | $1,218.00 | $73,080.00 |
| | | | | **Total Payments:** | $73,080.00 |

Page 1 of 7

Case 1:19-bk-01861-HWV    Doc 8    Filed 04/30/19    Entered 04/30/19 14:34:59    Desc
Main Document     Page 1 of 7
Case 1:19-bk-01861-HWV    Doc 25    Filed 06/20/19    Entered 06/21/19 00:48:01    Desc
Imaged Certificate of Notice    Page 3 of 9

2. If the Plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payment and the Plan funding. Debtor must pay all post-petition mortgage payments that have come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the Plan.

4. CHECK ONE:
☐ Debtor is at or under median income. *If this line is checked, the rest of §1.A.4 need not be completed or reproduced.*
☒ Debtor is over median income. Debtor calculates that a minimum of $0.00 must be paid to allowed unsecured creditors in order to comply with the Means Test.

B. **Additional Plan Funding from Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $0.00. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances is before the deduction of Trustee fees and priority claims.)

    CHECK ONE:
    ☒ No assets will be liquidated. *If this line is checked, the rest of §1.B need not be completed or reproduced.*
    ☐ Certain assets will be liquidated as follows:

2. In addition to the above specified Plan payments, Debtor shall dedicate to the Plan proceeds in the estimated amount of $0.00 from the sale of property known and designated as _____. All sales shall be completed by _____, 20__. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

2. **SECURED CLAIMS**

    A. **Pre-Confirmation Distributions** *Check One*

    ☐ None. *If "None" is checked, the rest of §2.A need not be completed or reproduced.*
    ☒ Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a Proof of Claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|
| American Credit Acceptance | 8900 | $632.19 |
| Toyota Motor Credit Company | 0001 | $246.74 |

1. The Trustee will not make a partial payment. If the Debtor makes a partial Plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this Plan.

Page 2 of 7

Case 1:19-bk-01861-HWV    Doc 8    Filed 04/30/19    Entered 04/30/19 14:34:59    Desc
Main Document     Page 2 of 7
Case 1:19-bk-01861-HWV    Doc 25    Filed 06/20/19    Entered 06/21/19 00:48:01    Desc
Imaged Certificate of Notice    Page 4 of 9

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor** *Check One*

☐ None. *If "None" is checked, the rest of §2.B need not be completed or reproduced.*
☒ Payments will be made by the Debtor directly to the Creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the Plan if not avoided or paid in full under the Plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Midland Mortgage | 1136 Blue Bird Lane York, PA 17402 | 6781 |
| Toyota Motor Credit Company | 2005 Lexus LS430 (to be paid by Debtor(s)' son) | 0001 |

C. **Arrears (Including, but not limited to, Claims Secured by Debtor's Principal Residence)** *Check One*

☒ None. *If "None" is checked, the rest of §2.C need not be completed or reproduced.*
☐ The Trustee shall distribute to each Creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the Creditor as to that collateral shall cease, and the claim will no longer be provided for under §1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-Petition Arrears to be Cured | Estimated Post-Petition Arrears to be Cured | Estimated Total to be Paid in Plan |
|---|---|---|---|---|
| Midland Mortgage | 1136 Blue Bird Lane York, PA 17402 | $8,000.00 | $0.00 | $8,000.00 |
| Chambers Hill Commons Condominium Association | 1136 Blue Bird Lane York, PA 17402 | $1,800.00 | $0.00 | $1,800.00 |

D. **Other Secured Claims (Conduit Payments and Claims for Which a §506 Valuation is Not Acceptable, etc.)** *Check One*

☒ None. *If "None" is checked, the rest of §2.D need not be completed or reproduced.*
☐ The claims below are secured claims for which a §506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition dated and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law discharge or under §1328 of the Code.

2. In addition to payments of the allowed secured claim, present value interest pursuant to 11 U.S.C §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the Court will determine the present value interest rate and amount at the Confirmation Hearing.

Page 3 of 7

Case 1:19-bk-01861-HWV    Doc 8    Filed 04/30/19    Entered 04/30/19 14:34:59    Desc
Main Document    Page 3 of 7
Case 1:19-bk-01861-HWV    Doc 25    Filed 06/20/19    Entered 06/21/19 00:48:01    Desc
Imaged Certificate of Notice    Page 5 of 9

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| | | $ | % | $ |

E. **Secured Claims for Which a §506 Valuation is Applicable** *Check One*

☐ None. *If "None" is checked, the rest of §2.E need not be completed or reproduced.*

☒ Claims listed in the subsection are debts secured by property not described in §2.D of this Plan. These claims will be paid in the Plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the Creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the Plan or Debtor will file an adversary action (select method in last column). To the extent not already determined, the amount, extent or validity or the allowed secured claim for each claim listed below will be determined by the Court at the Confirmation Hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan or Adversary Action |
|---|---|---|---|---|---|
| Toyota Motor Credit Company | 2013 Toyota Avalon | $13,075.00 | 5.00% | $14,804.48 | Plan |
| American Credit Acceptance | 2014 Chevrolet Corvette | $33,500.00 | 5.00% | $37,931.18 | Plan |

F. **Surrender of Collateral** *Check One*

☐ None. *If "None" is checked, the rest of §2.F need not be completed or reproduced.*

☒ The Debtor elects to surrender to each Creditor listed below in the collateral that secures the Creditor's claim. The Debtor requests that upon confirmation of this Plan or upon approval of any modified plan, the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| Santandar Bank | 2006 Chevrolet Corvette |
| Toyota Motor Credit Company | 2011 Toyota Corolla |

G. **Lien Avoidance** *Do not use for mortgages or for statutory liens, such as tax liens. Check One of the Following Lines*

☒ None. *If "None" is checked, the rest of §2.B need not be completed or reproduced.*

Page 4 of 7

Case 1:19-bk-01861-HWV    Doc 8    Filed 04/30/19    Entered 04/30/19 14:34:59    Desc
Main Document    Page 4 of 7
Case 1:19-bk-01861-HWV    Doc 25    Filed 06/20/19    Entered 06/21/19 00:48:01    Desc
Imaged Certificate of Notice    Page 6 of 9

☐ The Debtor moves to void the following judicial and/or nonpossessory, nonpurchase money liens of the following creditors pursuant to §522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| | |
|---|---|
| Name of Lien Holder | |
| Lien Description for Judicial Liens, include court and docket number | |
| Description of Liened Property | |
| Liened Asset Value | |
| Sum of Senior Liens | |
| Exemption Claim | |
| Amount of Lien | |
| Amount Avoided | |

3. **PRIORITY CLAIMS**

    A. **Administrative Claims**

    1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

    2. <u>Attorney's Fees</u>. *Complete Only One of the Following Options*

        a. In addition to the retainer of $355.00 already paid by the Debtor, the amount of $3,645.00 in the Plan. This represents the unpaid balance of the presumptively reasonable fee specified in LBR 2016-2(c); or
        b. $0.00 per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between Debtor and the Attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to LBR 2016-2(b).

    3. <u>Other</u>. Other administrative claims not included in §§3.A.1 or 3.A.2 above. *Check One*

        ☒ None. *If "None" is checked, the rest of §3.A.3 need not be completed or reproduced.*
        ☐ The following administrative claims will be paid in full:

| **Name of Creditor** | **Estimated Total Payment** |
|---|---|
| | |
| | $ |

    B. **Priority Claims (including certain Domestic Support Obligations)**

    Allowed unsecured claims entitled to priority under §1322(a) will be paid in full unless modified under §9

| **Name of Creditor** | **Estimated Total Payment** |
|---|---|
| | |
| | $ |

    C. **Domestic Support Obligations Assigned to or Owed to a Governmental Unit Under 11 U.S.C. §507(1)(a)(B)** Check *One*

Page 5 of 7

Case 1:19-bk-01861-HWV    Doc 8    Filed 04/30/19    Entered 04/30/19 14:34:59    Desc
Main Document    Page 5 of 7
Case 1:19-bk-01861-HWV    Doc 25    Filed 06/20/19    Entered 06/21/19 00:48:01    Desc
Imaged Certificate of Notice    Page 7 of 9

☒ None. *If "None" is checked, the rest of §3.C need not be completed or reproduced.*
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim. *This Plan provision requires that payments in §1.A be for a term of 60 months (see 11 U.S.C. §1322(a)(4)).*

| Name of Creditor | Estimated Total Payment |
|---|---|
|  | $ |

4. **UNSECURED CLAIM**

   A. <u>**Claims of Unsecured Nonpriority Creditors Specially Classified**</u> *Check One*

   ☒ None. *If "None" is checked, the rest of §4.A need not be completed or reproduced.*
   ☐ To the extent that funds are available, the allowed amount of the following unsecured claims, such as co-signed unsecured debts, will be paid before other, unclassified, unsecured claims. The claim shall be paid interest at the rate stated below. If no rate is stated, the interest rate set forth in the Proof of Claim shall apply.

| Name of Creditor | Reason for Special Classification | Estimated Amount of Claim | Interest Rate | Estimated Total Payment |
|---|---|---|---|---|
|  |  | $ | % | $ |

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** *Check One*

   ☒ None. *If "None" is checked, the rest of §5 need not be completed or reproduced.*
   ☐ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the Plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
|  |  | $ | % | $ | $ | Choose an item. |

6. **VESTING OF PROPERTY OF THE ESTATE**
   **Property of the estate will vest in the Debtor upon:** *Check the Applicable Line*

   ☐ Plan Confirmation
   ☐ Entry of Discharge
   ☒ Closing of Case

7. **DISCHARGE** *Check One*

   ☒ The Debtor will seek a discharge pursuant to §1328(a).

Page 6 of 7

Case 1:19-bk-01861-HWV    Doc 8    Filed 04/30/19    Entered 04/30/19 14:34:59    Desc
Main Document    Page 6 of 7
Case 1:19-bk-01861-HWV    Doc 25    Filed 06/20/19    Entered 06/21/19 00:48:01    Desc
Imaged Certificate of Notice    Page 8 of 9

☐ The Debtor is not eligible for a discharge because the Debtor has previously received a discharge described in §1328(f).

8. **ORDER OF DISTRUBITION**

   If a pre-petition Creditor files a secured, priority or specifically classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

   Payments from the Plan will be made by the Trustee in the following order:
   Level 1: _____
   Level 2: _____
   Level 3: _____
   Level 4: _____
   Level 5: _____
   Level 6: _____
   Level 7: _____
   Level 8: _____

   *If the above levels are filled in, the rest of §8 need not be completed or produced.* If the above levels are not filled-in, then the Order of Distribution of Plan payments will be determined by the Trustee using the following as a guide:

   Level 1: adequate protection payments
   Level 2: Debtor's attorney's fees
   Level 3: Domestic Support Obligations
   Level 4: priority claims, pro rata
   Level 5: secured claims, pro rata
   Level 6: specifically classified unsecured claims
   Level 7: timely filed general unsecured claims
   Level 8: untimely filed general unsecured claims to which the Debtor has not objected

9. **NONSTANDARD PLAN PROVISIONS**

   **Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the Plan is void. (NOTE: The Plan and any attachment must be filed as one document, not as a Plan and Exhibit.)**

Dated: 4/30/2019

/s/ Paul D. Murphy-Ahles
Attorney for Debtor

/s/ Ronald Kevin Greene
Debtor 1

/s/ Pamela Augusta Greene
Debtor 2

By filing this document, the Debtor, if not represented by an Attorney, or the Attorney for Debtor also certifies that this Plan contains no nonstandard provisions other than those set out in §9.

Page 7 of 7