FILED    Harrisburg, PA.
May 27, 2022
Clerk, U.S. Bankruptcy Court

IN UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER: 13 |
| RONALD KEVIN GREENE AND PAMELA AUGUSTA GREENE, | CASE NO. 1:19-bk-01861-HWV |
| Debtor(s). | |

## APPLICATION REQUESTING REDACTION OF PERSONAL INFORMATION

Applicant[1] hereby states that the following document(s) contain personally identifiable information as defined in Fed. R. Bankr. P. 9037 and requests that these document(s) be redacted pursuant to Local Rule 9037-1:

    Proof of Claim No. 19    Attachment No. 1    filed on July 8, 2019

I am:

- ☒ including the redaction fee.
- ☐ requesting waiver of the redaction fee on the grounds that: N/A.

I understand that I must serve a copy of this application on the debtor, any individual whose personal identifiers have been exposed, the case trustee (if any), and the United States trustee. I must file proof of service of this application with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 27, 2022        By: /s/ Jeanine Peterson
                                          Ascendium Education Solutions, Inc.
                                          Jeanine Peterson, Bankruptcy Filings Lead

---

[1] "Applicant" is Ascendium Education Solutions, Inc., successor in interest to Great Lakes Higher Education Corporation, Northwest Education Loan Association, and United Student Aid Funds.

1

26975890.2

## CERTIFICATE OF SERVICE

On May 27, 2022, a copy of the foregoing Application Requesting Redaction of Personal Information was provided to the following parties via the court's CM/ECF electronic notification system: debtor's counsel, creditors' counsel, the case trustee, and D. Troy Sellars, Assistant U.S. Trustee.

Before the date of this filing, between May 26, 2022, and May 27, 2022, the debtor(s) were served via U.S. First Class Mail, postage prepaid:

Ronald K Greene and Pamela A Greene
1136 Blue Bird Lane
York , PA 17402

/s/ Jeanine Peterson
Jeanine Peterson, Bankruptcy Filings Lead
Ascendium Education Solutions, Inc.

2

| | |
|---|---|
| **From:** | web@pamb.uscourts.gov on behalf of PAMB Web |
| **To:** | PAMBml_fax |
| **Subject:** | EDSS filing from Jeanine Peterson for Ronald Greene on Friday, May 27, 2022 - 12:35 |
| **Date:** | Friday, May 27, 2022 12:35:37 PM |

Submitted on Friday, May 27, 2022 - 12:35
Submitted by user: Anonymous
Submitted values are:

Filer's Name: Jeanine Peterson
Debtor's name (if different): Ronald Greene
Filer's EMail Address: JPeterson@AscendiumEducation.org
Filer's Phone Number: 18008748982
Case number (if known): 19-01861
  ==Documents==
  Document 1:

http://www.pamb.uscourts.gov/system/files/webform/edss/19-01861%20Application%20with%20COS.pdf

    Document description: Application Requesting Redaction of
    Personal Information
     ==More Documents==
    Document 2:


http://www.pamb.uscourts.gov/system/files/webform/edss/19-01861%20Replacement%20document%20R.pdf

      Document 2 description: Proposed redacted POC and Exhibit
      document
      Document 3:
      Document 3 description:
      Document 4:
      Document 4 description:
      Document 5:
      Document 5 description:

By entering my name in the box below, I affirm that I am intending to sign
this form with my signature and consent to use this electronic form.: Jeanine
Peterson