United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Ronald Kevin Greene<br>Pamela Augusta Greene<br>    Debtors | Case No. 19-01861-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 01, 2022 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5219806 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org<br>                                                                                                                                         Jun 01 2022 18:47:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Ronald Kevin Greene pmurphy@dplglaw.com kgreene@dplglaw.com |

Paul Donald Murphy-Ahles
        on behalf of Debtor 2 Pamela Augusta Greene pmurphy@dplglaw.com kgreene@dplglaw.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Ronald Kevin Greene & Pamela Augusta Greene | : | |
| Debtors | : | CASE NO. 1:19-bk-01861-HWV |
| | : | |
| Ascendium Education Solutions, Inc. | : | |
| Movant | : | |

## ORDER

Upon consideration of the Application Requesting Redaction of Personal Information (the "Application") filed by Movant, it is hereby

**ORDERED** that the Application is **GRANTED** and public access to Proof of Claim #19 (the "Claim") is restricted; and it is further

**ORDERED** that Movant shall file an Amended Claim with the documents properly redacted within 14 days of the date of this Order.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 1, 2022