**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:  Ronald Kevin Greene
      Pamela Augusta Greene

                                 Case No.:1-19-01861 HWV

                                 Chapter 13
          **Debtor(s)**               **Debtor(s)**

### NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

#### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | MidFirst Bank |
| Court Claim Number: | 20 |
| Last Four of Loan Number: | 6781 |
| Property Address if applicable: | 1136 Blue Bird Ln |

#### PART 2:  CURE AMOUNT
**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $5,253.59 |
| b. | Prepetition arrearages paid by the trustee: | $5,253.59 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $5,253.59 |

#### PART 3:  POSTPETITION MORTGAGE PAYMENT

Mortgage was paid through the Trustee from August 2019 through April 2024

| | |
|---|---|
| Current monthly mortgage payment: | $1,601.77 |
| The next post-petition payment was due on: | May 2024 |

#### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated: May 30, 2024                                Respectfully submitted,


<u>/s/ Jack N. Zaharopoulos</u>
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Ronald Kevin Greene
       Pamela Augusta Greene

                                    Case No.:1-19-01861 HWV

                                    Chapter 13

               **Debtor(s)**

### <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on May 30, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Paul Murphy-Ahles Esquire
Dethlefs, Pykosh & Murphy
2132 Market St.
Camp Hill PA 17011

**Served by First Class Mail**
Midfirst Bank
999 NW Grand Blvd Suite 100
Oklahoma City OK 73118

Ronald Kevin Greene
Pamela Augusta Greene
1136 Blue Bird Ln
York  PA 17109

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 30, 2024                 /s/  Liz Joyce
                                    Office of the Standing Chapter 13 Trustee
                                    Jack N. Zaharopoulos
                                    Suite A, 8125 Adams Dr.
                                    Hummelstown, PA  17036
                                    Phone:  (717) 566-6097
                                    email: info@pamd13trustee.com

# Disbursements for Claim

**Case: 19-01861**    **RONALD KEVIN GREENE**

**MIDFIRST BANK**
999 N.W. GRAND BLVD
SUITE 100
OKLAHOMA CITY, OK  73

Acct No: 6781

Sequence: 07
Modify:
Filed Date:
Hold Code:

|  | Debt: | $93,058.58 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched:  $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due:  $1,601.77 | Paid: | $93,058.58 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5010** | **MIDFIRST BANK** | | | | | | | |
| 501-0 | MIDFIRST BANK | | 04/17/2024 | 2035517 | $1,601.77 | $0.00 | $1,601.77 | 04/24/2024 |
| | | | | | Payment for 4/2024 | | | |
| 501-0 | MIDFIRST BANK | | 03/14/2024 | 2034551 | $1,601.77 | $0.00 | $1,601.77 | 03/29/2024 |
| | | | | | Payment for 3/2024 | | | |
| 501-0 | MIDFIRST BANK | | 02/14/2024 | 2033589 | $1,601.77 | $0.00 | $1,601.77 | 02/22/2024 |
| | | | | | Payment for 2/2024 | | | |
| 501-0 | MIDFIRST BANK | | 01/12/2024 | 2032671 | $1,601.77 | $0.00 | $1,601.77 | 01/19/2024 |
| | | | | | Payment for 1/2024 | | | |
| 501-0 | MIDFIRST BANK | | 12/19/2023 | 2031769 | $1,601.77 | $0.00 | $1,601.77 | 12/29/2023 |
| | | | | | Payment for 12/2023 | | | |
| 501-0 | MIDFIRST BANK | | 11/15/2023 | 2030814 | $1,601.77 | $0.00 | $1,601.77 | 11/22/2023 |
| | | | | | Payment for 11/2023 | | | |
| 501-0 | MIDFIRST BANK | | 10/18/2023 | 2029862 | $1,601.77 | $0.00 | $1,601.77 | 11/06/2023 |
| | | | | | Payment for 10/2023 | | | |
| 501-0 | MIDFIRST BANK | | 09/19/2023 | 2028873 | $3,205.92 | $0.00 | $3,205.92 | 10/10/2023 |
| | | | | | Payment for 8/2023 | | | |
| 501-0 | MIDFIRST BANK | | 09/19/2023 | 2028873 | $1,601.77 | $0.00 | $1,601.77 | 10/10/2023 |
| | | | | | Payment for 9/2023 | | | |
| 501-0 | MIDFIRST BANK | | 08/09/2023 | 2027855 | $1,604.15 | $0.00 | $1,604.15 | 08/31/2023 |
| | | | | | Payment for 7/2023 | | | |
| 501-0 | MIDFIRST BANK | | 06/13/2023 | 2025963 | $1,604.15 | $0.00 | $1,604.15 | 07/24/2023 |
| | | | | | Payment for 6/2023 | | | |
| 501-0 | MIDFIRST BANK | | 05/16/2023 | 2025014 | $1,604.15 | $0.00 | $1,604.15 | 06/21/2023 |
| | | | | | Payment for 5/2023 | | | |
| 501-0 | MIDFIRST BANK | | 04/18/2023 | 2023996 | $1,604.15 | $0.00 | $1,604.15 | 05/02/2023 |
| | | | | | Payment for 4/2023 | | | |
| 501-0 | MIDFIRST BANK | | 03/15/2023 | 2022978 | $1,604.15 | $0.00 | $1,604.15 | 04/06/2023 |
| | | | | | Payment for 3/2023 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------------|-------|-----------|
| 501-0 | MIDFIRST BANK | | 02/15/2023 | 2021969 | $1,604.15 | $0.00 | $1,604.15 | 03/17/2023 |
| | | | | | Payment for 2/2023 | | | |
| 501-0 | MIDFIRST BANK | | 01/18/2023 | 2020963 | $1,604.15 | $0.00 | $1,604.15 | 03/13/2023 |
| | | | | | Payment for 1/2023 | | | |
| 501-0 | MIDFIRST BANK | | 12/13/2022 | 2019969 | $1,604.15 | $0.00 | $1,604.15 | 12/22/2022 |
| | | | | | Payment for 12/2022 | | | |
| 501-0 | MIDFIRST BANK | | 11/16/2022 | 2019015 | $1,604.15 | $0.00 | $1,604.15 | 12/08/2022 |
| | | | | | Payment for 11/2022 | | | |
| 501-0 | MIDFIRST BANK | | 10/18/2022 | 2017969 | $1,604.15 | $0.00 | $1,604.15 | 10/27/2022 |
| | | | | | Payment for 9/2022 | | | |
| 501-0 | MIDFIRST BANK | | 10/18/2022 | 2017969 | $1,604.15 | $0.00 | $1,604.15 | 10/27/2022 |
| | | | | | Payment for 10/2022 | | | |
| 501-0 | MIDFIRST BANK | | 08/17/2022 | 2015893 | $1,604.15 | $0.00 | $1,604.15 | 08/25/2022 |
| | | | | | Payment for 8/2022 | | | |
| 501-0 | MIDFIRST BANK | | 07/13/2022 | 2014832 | $1,562.47 | $0.00 | $1,562.47 | 07/25/2022 |
| | | | | | Payment for 7/2022 | | | |
| 501-0 | MIDFIRST BANK | | 06/14/2022 | 2013871 | $1,562.47 | $0.00 | $1,562.47 | 06/27/2022 |
| | | | | | Payment for 6/2022 | | | |
| 501-0 | MIDFIRST BANK | | 05/17/2022 | 2012829 | $1,562.47 | $0.00 | $1,562.47 | 05/26/2022 |
| | | | | | Payment for 5/2022 | | | |
| 501-0 | MIDFIRST BANK | | 04/12/2022 | 2011757 | $1,562.47 | $0.00 | $1,562.47 | 04/25/2022 |
| | | | | | Payment for 4/2022 | | | |
| 501-0 | MIDFIRST BANK | | 03/16/2022 | 2010740 | $1,562.47 | $0.00 | $1,562.47 | 03/24/2022 |
| | | | | | Payment for 2/2022 | | | |
| 501-0 | MIDFIRST BANK | | 03/16/2022 | 2010740 | $1,562.47 | $0.00 | $1,562.47 | 03/24/2022 |
| | | | | | Payment for 3/2022 | | | |
| 501-0 | MIDFIRST BANK | | 02/16/2022 | 2009762 | $1,562.47 | $0.00 | $1,562.47 | 03/02/2022 |
| | | | | | Payment for 1/2022 | | | |
| 501-0 | MIDFIRST BANK | | 12/15/2021 | 2007772 | $1,562.47 | $0.00 | $1,562.47 | 12/23/2021 |
| | | | | | Payment for 12/2021 | | | |
| 501-0 | MIDFIRST BANK | | 11/16/2021 | 2006747 | $1,562.47 | $0.00 | $1,562.47 | 11/24/2021 |
| | | | | | Payment for 11/2021 | | | |
| 501-0 | MIDFIRST BANK | | 10/14/2021 | 2005714 | $1,562.47 | $0.00 | $1,562.47 | 10/20/2021 |
| | | | | | Payment for 10/2021 | | | |
| 501-0 | MIDFIRST BANK | | 09/14/2021 | 2004673 | $1,562.47 | $0.00 | $1,562.47 | 09/22/2021 |
| | | | | | Payment for 9/2021 | | | |
| 501-0 | MIDFIRST BANK | | 08/18/2021 | 2003661 | $1,562.47 | $0.00 | $1,562.47 | 09/01/2021 |
| | | | | | Payment for 8/2021 | | | |
| 501-0 | MIDFIRST BANK | | 08/18/2021 | 2003661 | $1,553.20 | $0.00 | $1,553.20 | 09/01/2021 |
| | | | | | Payment for 7/2021 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | MIDFIRST BANK | | 07/14/2021 | 2002597 | $1,553.20 | $0.00 | $1,553.20 | 07/30/2021 |
| | | | | | Payment for 6/2021 | | | |
| 501-0 | MIDFIRST BANK | | 05/18/2021 | 2000605 | $1,553.20 | $0.00 | $1,553.20 | 06/07/2021 |
| | | | | | Payment for 5/2021 | | | |
| 501-0 | MIDFIRST BANK | | 04/15/2021 | 1229231 | $1,553.20 | $0.00 | $1,553.20 | 04/22/2021 |
| | | | | | Payment for 4/2021 | | | |
| 501-0 | MIDFIRST BANK | | 03/17/2021 | 1228209 | $1,553.20 | $0.00 | $1,553.20 | 03/25/2021 |
| | | | | | Payment for 3/2021 | | | |
| 501-0 | MIDFIRST BANK | | 02/17/2021 | 1227201 | $1,553.20 | $0.00 | $1,553.20 | 02/25/2021 |
| | | | | | Payment for 2/2021 | | | |
| 501-0 | MIDFIRST BANK | | 01/19/2021 | 1226175 | $1,553.20 | $0.00 | $1,553.20 | 02/05/2021 |
| | | | | | Payment for 1/2021 | | | |
| 501-0 | MIDFIRST BANK | | 12/10/2020 | 1224388 | $1,553.20 | $0.00 | $1,553.20 | 12/31/2020 |
| | | | | | Payment for 12/2020 | | | |
| 501-0 | MIDFIRST BANK | | 11/03/2020 | 1223463 | $1,553.20 | $0.00 | $1,553.20 | 11/16/2020 |
| | | | | | Payment for 11/2020 | | | |
| 501-0 | MIDFIRST BANK | | 10/15/2020 | 1222622 | $1,553.20 | $0.00 | $1,553.20 | 10/27/2020 |
| | | | | | Payment for 10/2020 | | | |
| 501-0 | MIDFIRST BANK | | 09/17/2020 | 1221599 | $1,553.20 | $0.00 | $1,553.20 | 10/05/2020 |
| | | | | | Payment for 9/2020 | | | |
| 501-0 | MIDFIRST BANK | | 08/12/2020 | 1220548 | $1,553.20 | $0.00 | $1,553.20 | 09/01/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | MIDFIRST BANK | | 07/07/2020 | 1219503 | $1,568.06 | $0.00 | $1,568.06 | 07/24/2020 |
| | | | | | Payment for 6/2020 | | | |
| 501-0 | MIDFIRST BANK | | 07/07/2020 | 1219503 | $1,568.06 | $0.00 | $1,568.06 | 07/24/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | MIDFIRST BANK | | 06/02/2020 | 1218477 | $1,568.06 | $0.00 | $1,568.06 | 06/16/2020 |
| | | | | | Payment for 5/2020 | | | |
| 501-0 | MIDFIRST BANK | | 04/14/2020 | 1216462 | $1,568.06 | $0.00 | $1,568.06 | 05/01/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | MIDFIRST BANK | | 04/14/2020 | 1216462 | $1,568.06 | $0.00 | $1,568.06 | 05/01/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | MIDFIRST BANK | | 02/13/2020 | 1213868 | $1,568.06 | $0.00 | $1,568.06 | 02/27/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | MIDFIRST BANK | | 01/16/2020 | 1212518 | $1,568.06 | $0.00 | $1,568.06 | 01/24/2020 |
| | | | | | Payment for 1/2020 | | | |
| 501-0 | MIDFIRST BANK | | 12/12/2019 | 1211147 | $1,568.06 | $0.00 | $1,568.06 | 12/19/2019 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | MIDFIRST BANK | | 11/07/2019 | 1209804 | $1,568.06 | $0.00 | $1,568.06 | 11/18/2019 |
| | | | | | Payment for 10/2019 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|------------|-------|------------|
| 501-0 | MIDFIRST BANK | | 11/07/2019 | 1209804 | $1,568.06 | $0.00 | | $1,568.06 | 11/18/2019 |
| | | | | | Payment for 11/2019 | | | | |
| 501-0 | MIDFIRST BANK | | 10/10/2019 | 1208687 | $1,568.06 | $0.00 | | $1,568.06 | 10/22/2019 |
| | | | | | Payment for 9/2019 | | | | |
| 501-0 | MIDFIRST BANK | | 09/26/2019 | 1207493 | $1,583.94 | $0.00 | | $1,583.94 | 10/10/2019 |
| | | | | | Payment for 7/2019 | | | | |
| 501-0 | MIDFIRST BANK | | 09/26/2019 | 1207493 | $1,568.06 | $0.00 | | $1,568.06 | 10/10/2019 |
| | | | | | Payment for 8/2019 | | | | |

**Sub-totals:** $93,058.58     $0.00   $93,058.58

**Grand Total:** $93,058.58     $0.00

# Disbursements for Claim

**Case: 19-01861    RONALD KEVIN GREENE**

**MIDFIRST BANK**
BANKRUPTCY DEPARTMENT
999 NW GRAND BOULEVARD,
OKLAHOMA CITY, OK  73

Sequence:  24
Modify:
Filed Date:
Hold Code:

Acct No: 1136 Blue Bird - PRE-ARREAR

ARREARS - 1136 BLUE BIRD LANE

| | | Debt: | $5,253.59 | Interest Paid: | $0.00 |
| Amt Sched: | $168,427.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $5,253.59 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | | DisbDescrp | |
| **5200** | **MIDFIRST BANK** | | | | | | | |
| 520-0 | MIDFIRST BANK | | 05/22/2024 | 2036521 | $182.89 | $0.00 | $182.89 | |
| 520-0 | MIDFIRST BANK | | 04/17/2024 | 2035518 | $92.57 | $0.00 | $92.57 | 04/24/2024 |
| 520-0 | MIDFIRST BANK | | 03/14/2024 | 2034552 | $92.59 | $0.00 | $92.59 | 03/29/2024 |
| 520-0 | MIDFIRST BANK | | 02/14/2024 | 2033590 | $92.58 | $0.00 | $92.58 | 02/22/2024 |
| 520-0 | MIDFIRST BANK | | 01/12/2024 | 2032672 | $92.58 | $0.00 | $92.58 | 01/19/2024 |
| 520-0 | MIDFIRST BANK | | 12/19/2023 | 2031770 | $92.58 | $0.00 | $92.58 | 12/27/2023 |
| 520-0 | MIDFIRST BANK | | 11/15/2023 | 2030815 | $92.59 | $0.00 | $92.59 | 11/22/2023 |
| 520-0 | MIDFIRST BANK | | 10/18/2023 | 2029863 | $92.57 | $0.00 | $92.57 | 11/06/2023 |
| 520-0 | MIDFIRST BANK | | 09/19/2023 | 2028874 | $174.00 | $0.00 | $174.00 | 10/10/2023 |
| 520-0 | MIDFIRST BANK | | 06/13/2023 | 2025964 | $104.90 | $0.00 | $104.90 | 07/20/2023 |
| 520-0 | MIDFIRST BANK | | 05/16/2023 | 2025015 | $94.90 | $0.00 | $94.90 | 06/12/2023 |
| 520-0 | MIDFIRST BANK | | 04/18/2023 | 2023997 | $94.90 | $0.00 | $94.90 | 05/02/2023 |
| 520-0 | MIDFIRST BANK | | 03/15/2023 | 2022979 | $94.90 | $0.00 | $94.90 | 04/06/2023 |
| 520-0 | MIDFIRST BANK | | 02/15/2023 | 2021970 | $94.90 | $0.00 | $94.90 | 03/16/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------|-------|-----------|
| 520-0 | MIDFIRST BANK | | 01/18/2023 | 2020964 | $94.89 | $0.00 | $94.89 | 03/13/2023 |
| 520-0 | MIDFIRST BANK | | 12/13/2022 | 2019970 | $94.91 | $0.00 | $94.91 | 12/22/2022 |
| 520-0 | MIDFIRST BANK | | 11/16/2022 | 2019016 | $94.90 | $0.00 | $94.90 | 12/08/2022 |
| 520-0 | MIDFIRST BANK | | 10/18/2022 | 2017970 | $202.68 | $0.00 | $202.68 | 10/27/2022 |
| 520-0 | MIDFIRST BANK | | 08/17/2022 | 2015894 | $107.76 | $0.00 | $107.76 | 08/25/2022 |
| 520-0 | MIDFIRST BANK | | 07/13/2022 | 2014833 | $107.13 | $0.00 | $107.13 | 07/25/2022 |
| 520-0 | MIDFIRST BANK | | 06/14/2022 | 2013872 | $90.25 | $0.00 | $90.25 | 06/27/2022 |
| 520-0 | MIDFIRST BANK | | 05/17/2022 | 2012830 | $316.77 | $0.00 | $316.77 | 05/26/2022 |
| 520-0 | MIDFIRST BANK | | 04/12/2022 | 2011758 | $90.26 | $0.00 | $90.26 | 04/25/2022 |
| 520-0 | MIDFIRST BANK | | 03/16/2022 | 2010741 | $44.25 | $0.00 | $44.25 | 03/24/2022 |
| 520-0 | MIDFIRST BANK | | 12/15/2021 | 2007773 | $316.78 | $0.00 | $316.78 | 12/23/2021 |
| 520-0 | MIDFIRST BANK | | 11/16/2021 | 2006748 | $90.25 | $0.00 | $90.25 | 11/24/2021 |
| 520-0 | MIDFIRST BANK | | 10/14/2021 | 2005715 | $96.95 | $0.00 | $96.95 | 10/20/2021 |
| 520-0 | MIDFIRST BANK | | 09/14/2021 | 2004674 | $96.96 | $0.00 | $96.96 | 09/22/2021 |
| 520-0 | MIDFIRST BANK | | 08/18/2021 | 2003662 | $59.26 | $0.00 | $59.26 | 09/01/2021 |
| 520-0 | MIDFIRST BANK | | 05/18/2021 | 2000606 | $323.54 | $0.00 | $323.54 | 06/07/2021 |
| 520-0 | MIDFIRST BANK | | 04/15/2021 | 1229232 | $90.31 | $0.00 | $90.31 | 04/22/2021 |
| 520-0 | MIDFIRST BANK | | 03/17/2021 | 1228210 | $90.33 | $0.00 | $90.33 | 03/25/2021 |
| 520-0 | MIDFIRST BANK | | 02/17/2021 | 1227202 | $90.31 | $0.00 | $90.31 | 02/25/2021 |
| 520-0 | MIDFIRST BANK | | 01/19/2021 | 1226176 | $90.33 | $0.00 | $90.33 | 02/03/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | MIDFIRST BANK | | 12/10/2020 | 1224389 | $90.31 | $0.00 | $90.31 | 12/31/2020 |
| 520-0 | MIDFIRST BANK | | 11/03/2020 | 1223464 | $90.33 | $0.00 | $90.33 | 11/16/2020 |
| 520-0 | MIDFIRST BANK | | 10/15/2020 | 1222623 | $87.84 | $0.00 | $87.84 | 10/27/2020 |
| 520-0 | MIDFIRST BANK | | 09/17/2020 | 1221600 | $87.84 | $0.00 | $87.84 | 10/05/2020 |
| 520-0 | MIDFIRST BANK | | 08/12/2020 | 1220549 | $87.84 | $0.00 | $87.84 | 08/31/2020 |
| 520-0 | MIDFIRST BANK | | 07/07/2020 | 1219504 | $259.55 | $0.00 | $259.55 | 07/24/2020 |
| 520-0 | MIDFIRST BANK | | 04/14/2020 | 1216463 | $189.46 | $0.00 | $189.46 | 05/01/2020 |
| 520-0 | MIDFIRST BANK | | 02/13/2020 | 1213869 | $242.02 | $0.00 | $242.02 | 02/28/2020 |
| 520-0 | MIDFIRST BANK | | 01/16/2020 | 1212519 | $40.13 | $0.00 | $40.13 | 01/29/2020 |

|  | Sub-totals: | $5,253.59 | $0.00 | $5,253.59 |
|---|---|---|---|---|
|  | Grand Total: | $5,253.59 | $0.00 | |