| | |
|---|---|
| In re: | Case No. 19-01861-HWV |
| Ronald Kevin Greene | Chapter 13 |
| Pamela Augusta Greene | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 5 |
| Date Rcvd: May 29, 2024 | Form ID: 3180W | Total Noticed: 73 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Kevin Greene, Pamela Augusta Greene, 1136 Blue Bird Lane, York, PA 17402-9232 |
| 5192776 | | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 5192778 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5192780 | + | Chambers Hill Commons Condo Assoc., 360 Loucks Road, York, PA 17404-1723 |
| 5192795 | ++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519 address filed with court:, J.C. Christensen & Associates, Inc, P.O. Box 519, Sauk Rapids, MN 56379 |
| 5192801 | | Memorial Hospital, PO Box 505167, Saint Louis, MO 63150-5167 |
| 5193480 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5192822 | | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 5192823 | | Wellspan Medical Group, 1803 Mt. Rose Ave., Suite B-3, York, PA 17403-3051 |
| 5192824 | + | York Hospital, 1001 S. George Street, York, PA 17403-3645 |
| 5192825 | + | York Memorial Hospital, 325 South Belmont Street, York, PA 17403-2604 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 29 2024 22:35:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | May 29 2024 22:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5219806 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 29 2024 18:38:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 5215206 | + | EDI: ATTWIREBK.COM | May 29 2024 22:35:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5192774 | ^ | MEBN | May 29 2024 18:34:42 | American Coradius International, 2420 Sweet Home Road, Suite 150, Buffalo, NY 14228-2244 |
| 5192775 | + | Email/Text: bankruptcy@acacceptance.com | May 29 2024 18:38:00 | American Credit Acceptance, PO Box 204531, Dallas, TX 75320-4531 |
| 5221829 | + | Email/Text: bankruptcy@acacceptance.com | May 29 2024 18:38:00 | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2149 |
| 5192777 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2024 18:43:40 | CACH, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5219732 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 29 2024 18:43:52 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5192784 | | Email/Text: cfcbackoffice@contfinco.com | May 29 2024 18:38:00 | Continental Finance Company, LLC, PO Box 8099, Newark, DE 19714-8099 |
| 5192785 | | Email/Text: cfcbackoffice@contfinco.com | May 29 2024 18:38:00 | Continental Financial, 121 Continental Drive, Suite 1, Newark, DE 19713 |
| 5192779 | | EDI: CAPITALONE.COM | May 29 2024 22:35:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5208158 | | Email/PDF: bncnotices@becket-lee.com | May 29 2024 19:17:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5192782 | + | EDI: CITICORP | May 29 2024 22:35:00 | Citibank, Box 6500, Sioux Falls, SD 57117-6500 |
| 5192783 | | EDI: WFNNB.COM | May 29 2024 22:35:00 | Comenity Bank, P.O. Box 659465, San Antonio, TX 78265 |
| 5192786 | | EDI: CRFRSTNA.COM | May 29 2024 22:35:00 | Credit First NA, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 5192788 | + | Email/PDF: creditonebknotifications@resurgent.com | May 29 2024 18:43:59 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5211967 | | Email/Text: ECMCBKNotices@ecmc.org | May 29 2024 18:38:00 | ECMC, PO BOX 16408, ST PAUL, MN 55116-0408 |
| 5192790 | | Email/Text: collecadminbankruptcy@fnni.com | May 29 2024 18:38:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103 |
| 5192791 | | Email/Text: collecadminbankruptcy@fnni.com | May 29 2024 18:38:00 | First National Bank of Omaha, PO Box 2490, Omaha, NE 68103-2490 |
| 5192789 | ^ | MEBN | May 29 2024 18:34:44 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 5192792 | + | EDI: AMINFOFP.COM | May 29 2024 22:35:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5192793 | + | EDI: BLUESTEM | May 29 2024 22:35:00 | Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5192796 | | EDI: JEFFERSONCAP.COM | May 29 2024 22:35:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5192781 | | EDI: JPMORGANCHASE | May 29 2024 22:35:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5219737 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2024 18:43:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5192798 | | Email/Text: bknotices@mbandw.com | May 29 2024 18:38:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146 |
| 5192804 | ^ | MEBN | May 29 2024 18:34:38 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5192797 | + | EDI: CBSMASON | May 29 2024 22:35:00 | Massey's, PO Box 800849, Dallas, TX 75380-0849 |
| 5192799 | + | Email/Text: MDSBankruptcies@meddatsys.com | May 29 2024 18:38:00 | Medical Data Systems, 645 Walnut Street, Suite 5, Gadsden, AL 35901-4173 |
| 5192800 | + | Email/Text: MDSBankruptcies@meddatsys.com | May 29 2024 18:38:00 | Medical Revenue Service, 645 Walnut Street, Suite 5, Gadsden, AL 35901-4173 |
| 5192802 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 29 2024 18:43:51 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5220172 | + | EDI: AISMIDFIRST | May 29 2024 22:35:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5192803 | | EDI: AISMIDFIRST | May 29 2024 22:35:00 | Midland Mortgage, Attn: Bankruptcy Department, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 5192806 | ^ | MEBN | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 29 2024 18:34:35 | NCB Management Services, Inc, PO Box 1099, Langhorne, PA 19047-6099 |
| 5192805 | + | EDI: NAVIENTFKASMSERV.COM | May 29 2024 22:35:00 | Navient Solutions, Inc., Attn: Claims Department, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5218452 | | EDI: MAXMSAIDV | May 29 2024 22:35:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5192807 | + | Email/Text: ngisupport@radiusgs.com | May 29 2024 18:38:00 | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 5192810 | | Email/Text: bankruptcies@penncredit.com | May 29 2024 18:38:00 | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-9703 |
| 5455159 | | EDI: PRA.COM | May 29 2024 22:35:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5192811 | | EDI: PRA.COM | May 29 2024 22:35:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5219655 | | EDI: PRA.COM | May 29 2024 22:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5192812 | | Email/Text: pasi_bankruptcy@chs.net | May 29 2024 18:38:00 | Professional Account Services, P.O. Box 188, Brentwood, TN 37024 |
| 5192808 | + | Email/Text: ebn@vativrecovery.com | May 29 2024 18:38:00 | Palisades Collection, LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 5195006 | | EDI: Q3G.COM | May 29 2024 22:35:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5216767 | | EDI: Q3G.COM | May 29 2024 22:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5192813 | + | Email/Text: DeftBkr@santander.us | May 29 2024 18:38:00 | Santander Bank, NA, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 5219379 | + | Email/Text: enotifications@santanderconsumerusa.com | May 29 2024 18:38:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5192814 | + | EDI: CBS7AVE | May 29 2024 22:35:00 | Seventh Avenue / Mongtomery Ward, 1112 7th Avenue, PO Box 2845, Monroe, WI 53566-8045 |
| 5192815 | + | EDI: CBSMASON | May 29 2024 22:35:00 | Stoneberry, PO Box 800849, Dallas, TX 75380-0849 |
| 5203820 | + | EDI: CBSMASON | May 29 2024 22:35:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5192816 | + | EDI: SYNC | May 29 2024 22:35:00 | Syncb/walmart DC, P.O. Box 965024, Orlando, FL 32896-5024 |
| 5193480 | ^ | MEBN | May 29 2024 18:34:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5192817 | | EDI: SYNC | May 29 2024 22:35:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5192818 | | EDI: SYNC | May 29 2024 22:35:00 | Synchrony Bank / JCPenney, Attn: Bankruptcy Department, PO Box965064, Orlando, FL 32896-5064 |
| 5192819 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 29 2024 18:38:00 | Toyota Motor Credit Company, PO Box 9013, Addison, TX 75001-9013 |
| 5203975 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 29 2024 18:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5619593 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 29 2024 18:38:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 5211820 | | Email/PDF: bncnotices@becket-lee.com | May 29 2024 19:14:59 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5217004 | | EDI: AIS.COM | May 29 2024 22:35:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5192820 | + | EDI: BLUESTEM | May 29 2024 22:35:00 | Webbank / Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5214103 | | EDI: WFFC2 | May 29 2024 22:35:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5192821 | + | EDI: WFFC2 | May 29 2024 22:35:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ascendium Education Solutions, Inc. |
| cr | * | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 5192787 | * | Credit First, NA, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 5455158 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5192794 | ##+ | J.A. Cambece Law Office, PC, 200 Cummings Center, Suite 173D, Beverly, MA 01915-6190 |
| 5192809 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 31, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |

| | |
|---|---|
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Ronald Kevin Greene pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Pamela Augusta Greene pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ronald Kevin Greene<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2293<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Pamela Augusta Greene<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8900<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-01861-HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald Kevin Greene          Pamela Augusta Greene

5/29/24

**By the court:**  *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**