**Fill in this information to identify the case:**

Debtor 1     Pamela Augusta Greene

Debtor 2     Ronald Kevin Greene
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number    19-01861 HWV

Form 4100R

# Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:**    MIDFIRST BANK      **Court claim no.** (if known):    20

**Last 4 digits** of any number you use to identify the debtor's account:    6781
**Property address:**
     1136 Blue Bird Lane
     York, PA 17402

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    07 / 01 / 2024

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:    (a)    $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b)    $ _____

c. **Total.** Add lines a and b.    (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ *Brent J. Lemon*
PA Middle BK
12 Jun 2024, 12:33:51, EDT

Date    06/12/2024

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 16106
    215-627-1322
    bkgroup@kmllawgroup.com
    Attorney for Creditor

Form 4100R    Response to Notice of Final Cure Payment    page 2

Document ID: 3a303f0f211daa55fa2e31b65f3cb61d414396140acac52600b89p6d15486fe2
Case 1:19-bk-01861-HWV    Doc 69    Filed 06/12/24    Entered 06/12/24 17:23:58    Desc
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Pamela Augusta Greene**<br>**Ronald Kevin Greene**<br>                           **Debtor(s)** | **BK NO. 19-01861 HWV**<br><br>**Chapter 13** |
| **MIDFIRST BANK**<br>                           **Movant**<br>    **vs.**<br><br>**Pamela Augusta Greene**<br>**Ronald Kevin Greene**<br>                         **Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>                         **Trustee** | **Related to Claim No. 20** |

## CERTIFICATE OF SERVICE
### RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 12, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Pamela Augusta Greene
1136 Blue Bird Lane
York, PA 17402

Ronald Kevin Greene
1136 Blue Bird Lane
York, PA 17402

Attorney for Debtor(s) (via ECF)
Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: June 12, 2024

                                                          */s/ Brent J. Lemon*
                                                          Brent J. Lemon
                                                          Attorney I.D.
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106
                                                          412-657-9920
                                                          blemon@fglaw.com