United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 19-01861-HWV

Ronald Kevin Greene                                            Chapter 13

Pamela Augusta Greene

    Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + Ronald Kevin Greene, Pamela Augusta Greene, 1136 Blue Bird Lane, York, PA 17402-9232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2024                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com  JSpears@ecf.courtdrive.com |
| Keri P Ebeck | |

on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Paul Donald Murphy-Ahles

on behalf of Debtor 2 Pamela Augusta Greene pmurphy@dplglaw.com  kgreene@dplglaw.com

Paul Donald Murphy-Ahles

on behalf of Debtor 1 Ronald Kevin Greene pmurphy@dplglaw.com  kgreene@dplglaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ronald Kevin Greene,                              Chapter        13

      **Debtor 1**

Pamela Augusta Greene,                            Case No.       1:19−bk−01861−HWV

      **Debtor 2**


Social Security No.:
          xxx−xx−2293              xxx−xx−8900

Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  September 16, 2024

**fnldec** (01/22)